# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JACOB MARK NAVIS, *et al.* | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:26-cv-00444 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| PHH MORTGAGE SERVICES, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 10, 2026, the Magistrate Judge entered an Order and Report and Recommendation (Dkt. #18) that Plaintiffs Jacob Navis and Ashley Navis's Motion for Preliminary Injunction (Dkt. #6) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Dkt. #6) is hereby **DENIED.**

**IT IS SO ORDERED**.

 SIGNED this 14th day of July, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE